IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY LEO GREEN;
LINDA SUE GREEN; and
GARY GREEN

                        PLAINTIFFS

v.        Civil No. 15-6060

BEAVER EXPRESS SERVICE, LLC,         DEFENDANTS
JOHN DOE 1, JOHN DOE 2, and JOHN 3

CLERK'S ORDER OF DISMISSAL

On this 22nd day of April, 2016, the parties herein, having filed this Stipulation of Dismissal pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii),

IT IS ORDERED that all claims made be, and hereby are dismissed with prejudice.

AT THE DIRECTION OF THE COURT,

DOUGLAS F. YOUNG, CLERK

BY:__/s/ Heather N. Conklin__
   Deputy Clerk